MARK D. MILLER  116349 (mmiller@kmulaw.com)
ROBERT W. BRANCH  154963 (rbranch@kmulw.com)
JEREMY D. CLAR 234238 (jclar@kmulaw.com)
MARCUS N. DiBUDUO 258684 (mdibuduo@kmulaw.com)
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Fresno, California  93704
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiffs
BIAGRO WESTERN SALES, INC. and
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

WILLIAM A. EKLUND 156348
UNIVERSITY OF CALIFORNIA
OFFICE OF THE GENERAL COUNSEL
1111 Franklin Street, 8th Floor
Oakland, California 94607-5200
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

* * *

| | |
|---|---|
| BIAGRO WESTERN SALES, INC., a California corporation, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, A California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> TURFGRASS MANAGEMENT, INC., dba GRIGG BROTHERS, a Nevada corporation, and BAICOR L.C., a Utah limited liability company, <br> Defendants. | Case No. 1:09-cv-00178-OWW-SMS <br><br> **STIPULATION AND ORDER DISMISSING ENTIRE ACTION** |

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

1

Stipulation and Order Dismissing Entire Action

1    IT IS HEREBY STIPULATED, by and between plaintiffs BIAGRO WESTERN SALES,

2  INC., a California corporation, and THE REGENTS OF THE UNIVERSITY OF

3  CALIFORNIA, a California corporation, through their counsel (collectively "Plaintiffs"), and

4  defendant TURFGRASS MANAGEMENT, INC. dba GRIGG BROTHERS, a Nevada

5  corporation, and defendant BAICOR L.C., a Utah limited liability company, through their

6  counsel (collectively "Defendants") that, in accordance with the terms of a written settlement

7  agreement ("Settlement Agreement") entered into between the parties, each and every claim in

8  the above-captioned action asserted by Plaintiffs against Defendants be and hereby is voluntarily

9  dismissed in its entirety by Plaintiffs, with prejudice, pursuant to Federal Rules of Civil

10  Procedure Rule 41, each party bearing its own costs and attorneys' fees.  By execution hereof,

11  Defendants stipulate to jurisdiction of the above-captioned court over its person and waives

12  service of the Summons and Complaint.

13    The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement

14  between the parties resolving the matters disputed herein, including, but not limited to the

15  opening and/or reinstating of this action as against Defendants in order to effect the terms of the

16  Settlement Agreement, as the court may deem appropriate.

17    Dated:  May 6, 2009

18              KIMBLE, MacMICHAEL & UPTON
                A Professional Corporation
19              5260 North Palm, Suite 221
                Fresno, California  93704
20

21

22    By _____/S/___ Mark D. Miller_____
                MARK D. MILLER
23              Attorneys for Plaintiffs,
                BIAGRO WESTERN SALES, INC., and
24              THE REGENTS OF THE UNIVERSITY
                OF CALIFORNIA

25

26  ///

27  ///

28

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
Stipulation and Order Dismissing Entire Action

1    Dated:  May 6, 2009                THORPE NORTH & WESTERN, LLP
                                        8180 South 700 East, Suite 350
2                                       Sandy,Utah  84070

3

4                                       By_____/S/__Gordon K. Hill_____
                                           GORDON K. HILL (Cal. Bar No. 218999)
5                                          Attorney for Defendants
                                           TURFGRASS MANAGEMENT, INC. dba
6                                          GRIGG BROTHERS and BAICOR, L.C.

7

8                                       ORDER
9

10   IT IS SO ORDERED.

11

12   Dated:  5/11/2009                  /s/ OLIVER W. WANGER_____
                                        OLIVER W. WANGER
13                                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20   00044638.003

21

22

23

24

25

26

27

28

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

Stipulation and Order Dismissing Entire Action